| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Jass LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Colorado Department of Revenue Bankruptcy Unit PO Box 17087 Denver, CO 80217-0087 | | Sales Tax | | | | Unknown |
| DNI 14196 Co Rd 7 Mead, CO 80542 | | Services | | | | $54,838.37 |
| Karma LLC 3851 Highway 119 Longmont, CO 80504 | | Lease Default | | | | $50,000.00 |
| Offen Petroleum, LLC 5100 East 78th Avenue Commerce City, CO 80022 | | Contract | Contingent Disputed | | | $2,476,014.00 |
| Parkland USA 551 East State Street American Fork, UT 84003 | | Fuel Purchases | | | | $1,300,000.00 |
| Pepsi Bottling Group 2541 West 20th Avenue Oshkosh, WI 54904 | | Trade Credit | | | | $110,960.02 |
| Recht Kornfeld PC 1600 Stout Street Suite 1400 Denver, CO 80202 | | Services | | | | $0.00 |